UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 10 B 36688
                                                    CHAPTER 13
ARVID F BUSH
RUTH C BUSH                                         JUDGE JACQUELINE P COX

      DEBTORS                               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BANK OF NEW YORK MELLON

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 6 | 1378 1ARS 1653STOCKT | $32,875.33 | $32,875.33 | $32,875.33 |
| Total Amount Paid by Trustee | | | | | $32,875.33 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-36688-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 4th day of December, 2014.

Debtor:
ARVID F BUSH
RUTH C BUSH
1653 STOCKTON AVE
DES PLAINES, IL  60018

Attorney:
LORRAINE M GREENBERG
150 N MICHIGAN AVE # 800
CHICAGO, IL  60601
via Clerk's ECF noticing procedures

Mortgage Creditor:
GMAC MORTGAGE
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60561-5009

Creditor:
BANK OF NEW YORK MELLON
% GMAC MORTGAGE
3451 HAMMOND AVE PO BOX 780
WATERLOO, IA  50704-0780

Mortgage Creditor:
BANK OF NEW YORK MELLON
% GMAC MORTGAGE
3451 HAMMOND AVE PO BOX 780
WATERLOO, IA  50704-0780

Mortgage Creditor:
BANK OF NEW YORK MELLON
% GMAC MORTGAGE
3451 HAMMOND AVE PO BOX 780
WATERLOO, IA  50704-0780

Mortgage Creditor:
HOMECOMINGS FINANCIAL
3451 HAMMOND AVE
MAIL CODE 507-345-110
WATERLOO, IA  50702

Mortgage Creditor:
HOMECOMINGS FINANCIAL
3451 HAMMOND AVE
MAIL CODE 507-345-110
WATERLOO, IA  50702

Mortgage Creditor:
HOMECOMINGS FINANCIAL
1100 VIRGINIA DR
WASHINGTON, PA  19034

ELECTRONIC SERVICE - United States Trustee

Date:  December 04, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603